PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Andy Rios  **Docket Number:** 02-00665-001
 **PACTS Number:** 34639

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 07/24/2003

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 41 Months Imprisonment; 3 Years Supervised Release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/28/08

**Assistant U.S. Attorney:** Richard E. Constable, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Mark A. Anderl, Esq. , 309 Maple Street, Perth Amboy, New Jersey 08861 (732) 324-7700

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime. '** |
| | On March 5, 2009, the offender was arrested by the Perth Amboy Police Department, Perth Amboy, New Jersey, for Possession of Less Than 50 Grams of Marijuana and Possession of Drug Paraphernalia. On February 22, 2010, a bench trial was conducted in the Perth Amboy Municipal Court, and the offender was found guilty of Possession of a Controlled Dangerous Substance (Marijuana). He was sentenced to a 30-day jail term which was suspended, and was ordered to pay a $750 fine, and $708 in court costs. |

PROB 12C - Page 2
Andy Rios

2    The offender has violated the supervision condition which states ' **Unlawful substance use**'

On June 3, 2009, the offender submitted a positive urine specimen for marijuana. On June 15, 2009, the Court was notified of this incident through a Form 12A (Report of Offender Under Supervision).

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 4/22/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 5/13/10 @ 2:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/3/10
Date