UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| | : | |
| | : | CRIMINAL NO. 02-665 (KSH) |
| v. | : | |
| | : | |
| | : | ORDER |
| | : | |
| ANDY RIOS, | : | |
| Defendant | : | |

THIS MATTER having come before the Court upon allegations that the defendant ANDY RIOS, violated certain conditions of his supervised release imposed on or about July 24, 2003; and the defendant having appeared before this Court on May 13, 2010, and entered a plea of guilty to Violation Number Two, Grade C violation, of the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office on May 4, 2010 (hereinafter the "Petition"); and the defendant having provided a factual basis for the entry of his guilty plea to the violation; and the Court having heard arguments by the government (by Samuel Stern, Assistant U.S. Attorney, appearing), and by the defendant (by K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this _____ 26 day of May, 2010;

ORDERED that the Office of the Federal Public Defender is hereby appointed to represent defendant ANDY RIOS; and it is further

ORDERED that defendant ANDY RIOS is hereby adjudged guilty of Violation Number Two of the Petition; and it is further

ORDERED that defendant ANDY RIOS's sentence shall be scheduled for

November 15 2010, at 10:00 a.m.; and it is further

ORDERED that defendant ANDY RIOS's Standard Conditions of Supervised Release are modified to impose mental health evaluation and/or counseling as deemed necessary by the United States Probation Officer; and it is further

ORDERED that all other terms of Supervised Release shall remain in force.

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE