UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| | : | |
| | : | CRIMINAL NO. 02-665   (KSH) |
| v. | : | |
| | : | |
| | : | ORDER |
| | : | |
| ANDY RIOS, | : | |
| Defendant | : | |

THIS MATTER having come before the Court upon allegations that the defendant ANDY RIOS, violated certain conditions of his supervised release imposed on or about July 24, 2003, by this Court; and the defendant having appeared before this Court on May 13, 2010, to answer the allegations in the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office signed on May 3, 2010 (hereinafter the "Petition"); and the Court having adjourned a hearing on the merits of the Petition until November 15, 2010, and on that day, the Court having heard from the government (Samuel A. Stern, Assistant U.S. Attorney, appearing), United States Probation Office (Leslie M. Vargas, United States Probation Officer, and by the defendant ( K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for the reasons stated on the record,

IT IS, on this 23rd day of November, 2010,

ORDERED that the above referenced Petition is hereby dismissed; and it is further

ORDERED that defendant ANDY RIOS previous term of Supervised Release is continued; and it is further

ORDERED that all other terms of Supervised Release shall remain in force.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN, U.S.D.J